UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANNETTE GRALEY, an individual

    Plaintiff,

v.                                                                                    Case No:   2:14-cv-636-FtM-CM

TZ INSURANCE SOLUTIONS, LLC,

    Defendant.

# ORDER

This matter comes before the Court upon review of the Joint Motion to Reset Remaining Case Management Deadlines (Doc. 45) filed on May 10, 2016, the Defendant's Motion for Leave to File Reply to Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (Doc. 42) filed on May 6, 2016, and Defendant's Motion to Strike and Memorandum in Support (Doc. 43) filed on May 6, 2016.

On May 26, 2016, the Court held a telephonic status conference in which the Court discussed the three pending motions.  Defendant's counsel also made an oral motion to conduct the meeting to prepare the joint final pretrial statement telephonically.  For the reasons stated on the record, the Joint Motion to Reset Remaining Case Management Deadlines (Doc. 45) is due to be granted, Defendant's Motion for Leave to File Reply is due to be granted, and Defendant's Motion to Strike is due to be denied.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Joint Motion to Reset Remaining Case Management Deadlines (Doc. 45) is **GRANTED**. The parties shall have up to and including **June 3, 2016** to mutually coordinate and provide the Court with available dates for trial,[1] after which the Court will enter an amended case management and scheduling order.

2. Defendant's Motion for Leave to File Reply to Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (Doc. 42) is **GRANTED**. Defendant shall have up to and including **June 2, 2016** to file a reply of no more than fifteen (15) pages.

3. Defendant's Motion to Strike and Memorandum in Support (Doc. 43) is **DENIED**.

4. Defendant's oral motion to conduct the meeting to prepare the joint final pretrial statement telephonically is **GRANTED**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 26th day of May, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record

---

[1] The parties shall provide their dates via electronic correspondence to chambers_flmd_mirando@flmd.uscourts.gov.